

# Fourth Court of Appeals
## San Antonio, Texas

April 24, 2013

No. 04-13-00078-CR

Luis **GOVEA**,
Appellant

v.

**THE STATE OF TEXAS**
Appellee

From the 22nd District Court, Hays County, Texas
Trial Court No. CR-12-0451
Honorable Billy Ray Subblefield, Judge Presiding

# O R D E R

The appellate record was complete on March 9, 2013; Appellant's brief was originally due to be filed on April 8, 2013. *See* Tex. R. App. P. 38.6(a). On April 19, 2013, Appellant filed an unopposed first motion for extension of time of to file the brief until May 20, 2013, for an extension of forty days.

Appellant's motion is GRANTED. Appellant must file the brief by May 20, 2013.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of April, 2013.

_____
Keith E. Hottle
Clerk of Court